Paul J. Fishman
United States Attorney
Newark, New Jersey

John M. Kelly
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 234
Fax: (212) 264-6372
John.M.Kelly@ssa.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

---------------------------------------------------- x
LUIS A. MENDEZ,

       Plaintiff,      :    **Hon. Peter G. Sheridan**

       v.      :    **Civil Action No. 09-4284**

       :    **CONSENT ORDER TO REMAND**
COMMISSIONER OF    :    **PURSUANT TO SENTENCE 6 OF**
SOCIAL SECURITY,    :    **42 U.S.C. § 405(g)**

       Defendant.
---------------------------------------------------- x

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, and John M. Kelly, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant, because the tape recording of the administrative hearing cannot be transcribed, pursuant to sentence 6 of 42 U.S.C. § 405(g), so that further administrative action may be taken, including the holding of a new hearing and the issuance of a new decision; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the

Court having considered the matter,

IT IS on this 22 day of December, 2009;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the Court will retain jurisdiction over the within matter, in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).


_____
Honorable Peter G. Sheridan
United States District Court

The undersigned hereby consent to the form and entry of the within order.

                PAUL J. FISHMAN
                United States Attorney


By:   /s/ John M. Kelly
       John M. Kelly
       Special Assistant U.S. Attorney



                LANGTON & ALTER

                S/JAMES LANGTON

By:   James Langton
       Attorney for Plaintiff